Case No. 07-B-13481 (MG)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of

MAYNE MILLER,
                                        Debtor

NOTICE OF APPEAL

MAYNE MILLER

21-55 45th Road, 2nd Floor
Long Island City, New York
Mail: P.O. Box 8050, G.P.O.
New York, NY 10116
(718) 472-1900
Attorney–Debtor

To: Jeffrey L. Sapir
399 Knollwood Road
White Plains, NY 10603
(914) 328-7272
Chapter 13 Trustee

Mitofsky, Shapiro, Neville & Hazen
152 Madison Avenue
New York, NY 10016
(212) 736-0500
Attorney for Creditor 79 East Owner LLC

Harvey J. Cavayero
57 Old Country Road
Westbury, NY 11590
(516) 478-5818
Attorney for Creditor Irene Cargonja

United States Trustee's Office
33 Whitehall Street
New York, NY 10004
(212) 510-0500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of

MAYNE MILLER,

                        Debtor

Case No. 07-B-13481(MG)
Chapter 13

**NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FROM AN ORDER OF THE BANKRUPTCY COURT OF THE SOUTHERN DISTRICT OF NEW YORK**

The Debtor, MAYNE MILLER, hereby appeals to the United States District Court for the Southern District of New York from the Order of the Bankruptcy Court entered on the 4th day of January, 2008, denying reconsideration of the Debtor's prior motions for an extension of time in which to file the documents required by Fed.R.Bankr.P. 1007(b) and to perform the Debtor's obligation under the non-residential lease for his office, and from each and every part thereof.[1] The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

        Mayne Miller, Debtor *pro se*, 21-55 45th Road, 2nd Floor, Long Island City, New York, Mail: P.O. Box 8050, G.P.O., New York, NY 10116, (718) 472-1900.
        Irene Cargonja: Harvey J. Cavayero, 57 Old Country Road, Westbury, NY 11590, (516) 478-5818
        79 East Owner, LLC: Mitofsky, Shapiro, Neville & Hazen, 152 Madison Avenue, NY 10016; (212) 736-0500
        United States Trustees' Office, 33 Whitehall Street, New York, NY 10004, (212) 510-0500

Dated: New York, New York
      January 14, 2008

                                              /s/ <u>Mayne Miller</u>
                                              MAYNE MILLER
                                              21-55 45th Road, 2nd Floor
                                              Long Island City, New York
                                              P.O. Box 8050, G.P.O.
                                              New York, NY 10116
                                              (718) 482-3989
                                              Attorney–Debtor-Appellant

1

---

[1] The Debtor reserves his rights pursuant to §8003(c) of the Federal Rules of Bankruptcy Procedure.